UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Cole Rongved,

        Petitioner,

vs.                                   ORDER ADOPTING
                                    REPORT AND RECOMMENDATION

B. Birkholz, Warden of Federal Prison
Camp Duluth; and Michael Carvajal,
Director of the Federal Bureau
of Prisons, in their official capacities,

        Respondents.                Civ. No. 21-1644 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois [Docket No. 6], no objections having been filed in the time period permitted, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Brisbois [Docket No. 6].

2. This action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  September 21, 2021                      s/Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court